Overton, J.
 

 delivered the following opinion of the court.
 

 The record shows, that heretofore Underwood was sued by Martin, that he demurred to the declaration ; that the circuit court had sustained the demurrer, from which Martin had appealed to this court, where the judgment was reversed, and judgment pronounced, that Martin should recover his damages ; and to ascertain those damages by a jury the cause had been remanded to the circuit court ; that when the cause appeared a second time in the circuit court, Underwood moved that court, to be permitted to plead a plea of tender, Which was refused him, and now the only question is, whether the circuit court was correct in refusing to receive this plea
 
 ?
 

 No doubt is entertained, but this decision was correct.— The circuit court could not receive the plea, without reversing the decision of this court, which was beyond its power ; its only business was to ascertain the amount of the damages by a jury, and then pronounce a final judgment in the cause. This it has done; therefore the judgment ought to be affirmed.